

ORDERED in the Southern District of Florida on October 20, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| IN RE: | CASE NO.: 14-30764-BKC-RBR |
|---|---|
| SUSAN MAUREEN MCCORMACK, | In proceedings under Chapter 13 |
| | BROWARD DIVISION |
| Debtor. | |
| _____/ | |

### ORDER GRANTING DEBTOR'S MOTION TO CONTINUE THE AUTOMATIC STAY

THIS CAUSE came before the Court on this 16th day of September, 2014 on the Debtor's Motion to Continue the Automatic Stay, and the Court based on the record and being otherwise fully advised in the premises, it is ORDERED ADJUDGED and DECREED that:

1. The Debtor's Motion to Continue Automatic Stay is GRANTED, and

2. The Automatic Stay, as to all creditors, is extended until discharge or dismissal of this instant case, pending further order of the Court.

###

Submitted by:
Robert J. Bigge, Jr.
BIGGE & RODRIGUEZ
915 Middle River Dr., Suite 401
Fort Lauderdale, FL  33304
Ph (954) 400-7322

[Mr. Bigge is directed to serve a copy of this order on the parties noted and to file a Certificate of Service.]

| | | |
|---|---|---|
| Susan McCormack<br>405 N Ocean Blvc. #1701<br>Pompano Beach, FL 33062 | Robin Weiner, Trustee<br>(Electronically) | Office of the US Trustee<br>(electronically) |
| 1st United Services Cu<br>5901 Gibraltar Drive Nor<br>Pleasanton, CA 94588 | Atty General of the US<br>950 Pennsylvania Ave NW, #4400<br>Washington, DC 20530-0001 | Broward General Medical Center<br>POB 932540<br>Atlanta, GA 31193-2540 |
| Broward Surgical Assoc<br>6405 N Fed Hwy, #401<br>Fort Lauderdale, FL 33308 | Cavalry Portfolio Svcs.<br>500 Summit Lake Dr.<br>Ste. 400<br>Valhalla, NY 10595 | Cbsi<br>POB 10129<br>Napa, CA 94581 |
| Discover Bank<br>POB 15316<br>Wilmington, DE 19850 | Harley Davidson Credit Corp.<br>9441 LBJ Freeway<br>#350<br>Dallas, TX 75243 | Household Finance<br>c/o Asset Acceptance, LLC<br>POB 2036<br>Warren, MI 48090 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101 | Maryland State Uninsured Motorist Fund<br>POB 2071<br>Annapolis, MD 21404 | Nicole Giuliano, Esq.<br>c/o Becker & Poliakoff<br>2901 SW 149 Ave. Ste. 140<br>Miramar, FL 33027 |
| Parliament Towers Condominium, Inc.<br>405 N. Ocean Blvd.<br>Pompano Beach, FL 33062 | Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue<br>Ste 100<br>Boca Raton, FL 33487 | Ronald R. Wolfe & Associates<br>POB 25018<br>Tampa, FL 33622 |
| Selene Finance<br>9990 Richmond Ave Ste 40<br>Houston, TX 77042 | Special Assistant US Attorney<br>Associate Area Counsel (SBSE)FTL<br>1000 S Pine Island Rd #300<br>Plantation, FL 33324 | State Board of Equalization<br>Special Operations Branch<br>POB 942879<br>Sacramento, CA 94279 |
| SunTrust Bank<br>POB 3412<br>Omaha, NE 68103 | US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132 | Wells Fargo<br>1 Home Campus, FL 3<br>Des Moines, IA 50328 |
| Wells Fargo Bank<br>POB 3908<br>Portland, OR 97208 | Wells Fargo Card Ser<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328 | |